UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DONALD RAILSBACK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION H-18-2597 |
| | § | |
| JULIE ESCALANTE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

Pending before the court is a memorandum and recommendation by Magistrate Judge Nancy K. Johnson ("M&R"). Dkt. 17. The M&R recommended granting defendants City of Baytown's, Ignacio Ramirez's, Michael Garner's, Julie Escalante's, Cris Curry's, Karen Rodriguez's, Bryan Thompson's, and C. Keith Dougherty's (collectively, "Defendants") motions to dismiss (Dkts. 9, 10, 11, 12, 13, 14, 15, 16) on plaintiff Donald Railsback's claims. *Id.*

Objections to the M&R were due on June 5, 2019, but Railsback has not filed any objections to date. *See* Dkt. 17. "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *See* Fed. R. Civ. P. 72(b), Advisory Comm. Note (1983). The court, having reviewed the motions, M&R, pleadings, and applicable law, and having received no objections, finds no clear error. Thus, the court ADOPTS IN FULL the M&R (Dkt. 17). For the reasons stated in the M&R, Defendants' motions to dismiss (Dkts. 9, 10, 11, 12, 13, 14, 15, 16) are GRANTED.

Signed at Houston, Texas on June 13, 2019.

_____
Gray H. Miller
Senior United States District Judge